**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**IRA M. BUTLER**                                                                                       **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO. 3:05CV262LS**

**BANCORPSOUTH BANK, a Mississippi**
**Banking Corporation,** *ET AL.*                                            **DEFENDANTS**

## ORDER

This matter came before the court on a Motion to Compel, which was filed by certain of the Defendants on June 23, 2006, and to which the Plaintiff has not formally responded. A similar Motion, filed by other Defendants, was granted by an Order dated June 29, 2006. After that Order was entered, the Plaintiff filed a Notice of Service of Discovery that represented that he had served discovery responses on these Plaintiffs, as well as a Notice of Compliance with the court's June 29 Order. Thus, while no formal response has been filed, it appears that the Plaintiff has served the responses that are the subject of this Motion. In the event that any responses remain outstanding, the court will provide a deadline by which they must be served.

IT IS, THEREFORE, ORDERED that the Motion to Compel filed by Defendant St. Paul Travelers Companies and other Defendants on June 23, 2006, is hereby **granted**. Responses to any outstanding discovery requests at issue in this Motion shall be served by the Plaintiff on or before July 31, 2006.

IT IS SO ORDERED, this the 17th day of July, 2006.

                                                                       S/James C. Sumner
                                                 UNITED STATES MAGISTRATE JUDGE