UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**IRA M. BUTLER**                                                               **PLAINTIFF**

**vs.**                  **CIVIL ACTION NO. 3:05cv262-DPJ-JCS**

**BANCORPSOUTH BANK, a Mississippi
Banking Coporation, et al.**                                    **DEFENDANTS**

## JUDGMENT

For the reasons given in the Memorandum Opinion and Order granting Defendants' motions for summary judgment, entered in this case on this date, the Court hereby enters a judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, in favor of the Defendants and against the Plaintiff on Plaintiff's 18 U.S.C. § 1962(c) and (d) RICO claims and a final order dismissing Plaintiff's remaining claims without prejudice pursuant to 28 U.S.C. § 1367(c)(3) (2006).

**SO ORDERED AND ADJUDGED** this the 31th day of October, 2007.

                                                  s/ *Daniel P. Jordan III*
                                                  UNITED STATES DISTRICT JUDGE